R. STEVEN GESHELL, 3349
345 Queen Street, Ste. 709
Honolulu, HI  96813
Tel. No. 808.396.7701
Fax No. 808.395.8556
E-Mail:  geshlaw@lava.net

Attorney for Plaintiff
DINO  KAIPO GRANITO, individually,
 and for and on behalf of his minor
daughter, JORDAN K. GRANITO

**Electronically Filed**
**FIRST CIRCUIT**
**1CCV-20-0001658**
**11-DEC-2020**
**04:31 PM**
**Dkt. 1 CMP**

IN THE CIRCUIT COURT OF THE FIRST CIRCUIT

STATE OF HAWAII

| | |
|---|---|
| DINO KAIPO GRANITO, individually, and for and on behalf of his minor daughter, JORDAN K. GRANITO,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL FATTOROSI, ALLSTATE INSURANCE COMPANY, JOHN DOES 1 THROUGH 10, JANE DOES 1 THROUGH 10, DOE CORPORATIONS 1 THROUGH 10, AND DOE UNINCORPORATED ASSOCIATIONS, INCLUDING PARTNERSHIPS 1 THROUGH 10,<br><br>    Defendants.<br><br>2020-December 11 Complaint | Civil No. _____<br>(Motor Vehicle Tort)<br><br>COMPLAINT; DEMAND FOR JURY TRIAL; SUMMONS |

**COMPLAINT**

COMES NOW Plaintiff and for Complaint against the Defendants, alleges:

-1-

I do hereby certify that the foregoing is a full, true and correct copy of the official court record of the Courts of the State of Hawai`i.
Dated at: Honolulu, Hawai`i 11-JAN-2021, /s/ Lori Ann Okita, Clerk of the First Judicial Circuit, State of Hawai`i



Exhibit "A"

1.     Plaintiff, Dino Kaipo Granito, hereafter "Plaintiff", is a resident of the city of Las Vegas, Clark County, state of Nevada, and at all times herein alleged was a former resident of the state of Hawaii and a pedestrian who was injured as alleged in this Complaint when he was struck by a motor vehicle driven by the Defendant, Michael Fattorosi.

2.      Plaintiff is also bringing this action for and on behalf of his minor daughter, Jordan K. Granito, hereafter "Jordan", who is also a resident of the city of Las Vegas, Clark County, state of Nevada.  She was present  and witnessed Defendant Fattorosi's conduct as herein after alleged.

3.      Defendant, Michael Fattorosi, is a resident of the city and county of Honolulu, state of Hawaii, whose address is: 3117 Catherine Street, city and county of Honolulu, state of Hawaii, and at all times herein alleged was the owner and operator of a Dodge Ram pickup motor vehicle.

4.      Defendant Fattorosi's  no-fault insurance carrier is Allstate Insurance Company, whose address is P.O. Box 660636, Dallas, Texas 75266-0636, or maybe Allstate Vehicle and Property Insurance Company, hereafter " Allstate".

5.     That John Does 1 through 10, Jane Does 1 through 10, Doe Corporations 1 through 10, and Doe Unincorporated Associations, including Partnerships 1 through 10, are either individuals, partnerships, corporations, or government entities, and are designated as such herein, are presently unknown persons, business entities, partnerships, corporations, and government entities and are being sued under fictitious names for the reason that their true names and identities are unknown to the Plaintiff, but that they were in some way responsible for the events hereinafter referred to and that their acts, conduct and/or omissions directly and proximately caused the injuries and damages to the Plaintiff as hereinafter alleged.  That Plaintiff's attorney has made a diligent search of business records and other evidence to ascertain their true names

and identities but has been unable to do so.

6.      On or about the 16th day of December, 2018, Defendant Fattorosi negligently and/or intentionally drove his motor vehicle and struck  Plaintiff when he was a pedestrian in a parking lot in Honolulu, Hawaii, causing him the following personal injuries and damages from such conduct as stated herein:

   a.      Bruises and contusions to his arm, hand, leg and head and brain injuries;

   b.      Pain and suffering, temporary and permanent;

   c.      Disability for 3 months;

   d.      Medical expenses incurred to date in the sum of $30,000;

   e.      Lost income  to date in the sum of $100,000;

   f.      Emotional distress damages in an amount to be proven at trial;

   g.      Medical and rehabilitation benefits;

   h.      Future medical and surgery expenses,  of a currently unknown amount.

7.      Defendant Fattorosi negligently and/or intentionally ran into Plaintiff in the parking lot, and he failed to render aid to him, in fact said Defendant punched  Plaintiff after the collision with Plaintiff and then left the collision scene without rendering aid.

8.      As a result of the foregoing, Plaintiff was injured, preventing him from transacting his business and he suffered great pain and bodily injury, and incurred medical expenses in the sum as previously stated.  Jordan was a witness to the Defendant Fattorosi's conduct causing her to suffer severe emotional distress for which she later quit school.   Defendant Fattorosi's conduct as alleged herein caused Jordan's temporary and maybe permanent general damages for emotional distress  in an amount to be proven at trial and in depositions.

9.      That Defendant Allstate  is and was at all times herein relevant  Defendant Fattorosi's automobile no-fault insurer in Hawaii.

10.     Plaintiff previously made demand upon  Defendant Allstate to pay personal injury protection benefits under the insurance policy issued to Defendant Fattorosi, but that said Defendant Allstate  refused without just cause to pay said personal injury protection benefits.

11.     Defendant Allstate's refusal to pay such aforesaid personal injury protection benefits was done in bad faith in failing to pay to  Plaintiff the no- fault benefits to which he is entitled as required by HRS § 431: 10C-304.

12.     Plaintiff, as a pedestrian, was entitled to the personal injury protection benefits under HRS § 431: 10C-304 and that the Defendant Allstate acted in bad faith and breached its duty of fair dealing in failing to pay Plaintiff the no- fault benefits to which he was entitled under the aforesaid section of the Hawaii Revised Statutes.

13.     Defendant Allstate is therefore liable to Plaintiff for special, general and punitive damages in an amount to be proven at trial  caused by its aforesaid wrongful conduct.

WHEREFORE, Plaintiff demands judgment against the Defendants jointly and severally for special, general and punitive damages in the amount sufficient to vest this court with jurisdiction, costs of this action, attorney fees and for such other and further relief as to which they may be entitled, plus pre- judgment interest thereon at 10% per annum from December 16, 2018.

DATED:  Honolulu, Hawaii, this  11th day of December, 2020.

/s/ R. Steven Geshell
R. STEVEN GESHELL
Attorney for Plaintiff DINO KAIPO GRANITO,
individually, and for and on behalf of his minor
daughter, JORDAN K. GRANITO

-4-

IN THE CIRCUIT COURT OF THE FIRST CIRCUIT

STATE OF HAWAII

| | |
|---|---|
| DINO KAIPO GRANITO, individually, and for and on behalf of his minor daughter, JORDAN K. GRANITO,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL FATTOROSI, ALLSTATE INSURANCE COMPANY, JOHN DOES 1 THROUGH 10, JANE DOES 1 THROUGH 10, DOE CORPORATIONS 1 THROUGH 10, AND DOE UNINCORPORATED ASSOCIATIONS, INCLUDING PARTNERSHIPS 1 THROUGH 10,<br><br>    Defendants. | Civil No. _____<br>(Motor Vehicle Tort)<br><br>DEMAND FOR JURY TRIAL |

**DEMAND FOR JURY TRIAL**

        Plaintiff, Dino Kaipo Granito, individually, and for and on behalf of his minor daughter, Jordan K. Granito, hereby requests a trial by jury on all issues so triable.

        DATED:  Honolulu, Hawaii, this 11th day of December, 2020.


                        /s/ R. Steven Geshell
                        R. STEVEN GESHELL
                        Attorney for Plaintiff
                        DINO KAIPO GRANITO, individually, and for and on
                        behalf or his minor daughter, JORDAN K. GRANITO

R. STEVEN GESHELL, 3349
345 Queen Street, Ste. 709
Honolulu, HI  96813
Tel. No. 808.396.7701
Fax No. 808.395.8556
Email:  geshlaw@lava.net

Attorney for Plaintiff DINO KAIPO GRANITO
individually, and for and on behalf of his minor
daughter, JORDAN K. GRANITO

**Electronically Filed**
**FIRST CIRCUIT**
**1CCV-20-0001658**
**11-DEC-2020**
**05:23 PM**
**Dkt. 6 SUMM**

## IN THE CIRCUIT COURT OF THE FIRST CIRCUIT
## STATE OF HAWAII

| | |
|---|---|
| DINO KAIPO GRANITO, individually, and for and on behalf of his minor daughter, JORDAN K. GRANITO,<br><br>    Plaintiff,<br><br>  v.<br><br>MICHAEL FATTOROSI, ALLSTATE INSURANCE COMPANY, JOHN DOES 1 THROUGH 10, JANE DOES 1 THROUGH 10, DOE CORPORATIONS 1 THROUGH 10, AND DOE UNINCORPORATED ASSOCIATIONS, INCLUDING PARTNERSHIPS 1 THROUGH 10, SAM MOTORIST<br><br>    Defendants.<br><br>2020-Dec 11 - Summons to Answer Civil Complaint | CIVIL NO. 20-0001658<br>(Motor Vehicle Tort)<br><br><br>SUMMONS TO ANSWER CIVIL COMPLAINT |

## SUMMONS TO ANSWER CIVIL COMPLAINT

**STATE OF HAWAII**

**TO THE ABOVE-NAMED DEFENDANTS:**

  You are hereby summoned and required to file with the Court and serve upon R. Steven Geshell, Esq., Plaintiff's attorney, whose address is stated above, an answer to the complaint which is herewith served upon you within 20 days after the service of this

summons upon you, exclusive of the date of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

**THIS SUMMONS SHALL NOT BE PERSONALLY DELIVERED BETWEEN 10:00 P.M. AND 6:00 A.M. ON PREMISES NOT OPEN TO THE GENERAL PUBLIC, UNLESS A JUDGE OF THE ABOVE-ENTITLED COURT PERMITS, IN WRITING ON THIS SUMMONS, PERSONAL DELIVERY DURING THOSE HOURS.**

**A FAILURE TO OBEY THIS SUMMONS MAY RESULT IN AN ENTRY OF DEFAULT AND DEFAULT JUDGMENT AGAINST THE DISOBEYING PERSON OR PARTY.**

| DATE ISSUED | CLERK | CIRCUIT COURT CLERK |
|---|---|---|
| | | |

The original document is filed in the Judiciary's electronic case management system which is accessible via http:/www.courts.state.hi.us



In accordance with the Americans with Disabilities Act and other applicable state and federal laws, if you require a reasonable accommodation for a disability, please contact the ADA Coordinator at the Circuit Court Administration Office on OAHU-Phone No. 808-539-4400, TTY 808-539-4853, FAX 539-4402; MAUI-Phone No. 808-244-2929, FAX 808-244-2777; HAWAII- Phone No. 808-961-7424 TTY 808-961-7422, FAX 808-961-7411; KAUAI-Phone No. 808-482-2365, TTY 808-482-2533, FAX 808-482-2509, at least ten (10) working days prior to your hearing or appointment date.

Form 1C-P-787 (10/19)

2

3

| STATE OF HAWAI'I<br>CIRCUIT COURT OF THE<br>__FIRST__ [▼] CIRCUIT | RETURN AND ACKNOWLEDGMENT<br>OF SERVICE | |
|---|---|---|

**Electronically Filed<br>FIRST CIRCUIT<br>1CCV-20-0001658<br>14-DEC-2020<br>02:58 PM<br>Dkt. 13 RAS**

CASE NUMBER

**1 CCV-20-0001658**

CASE NAME

**DINO KAIPO GRANITO, individually & for and on behalf of his minor daughter, JORDAN K. GRANITO, Plaintiff vs MICHAEL FATTOROSI, ALLSTATE INSURANCE COMPANY, JOHN DOES 1-10;JANE DOES 1-10;DOE CORPORATIONS 1-10 & DOE UNINCORPORATED ASSOCIATIONS 1-10, Defendants.**

DOCUMENTS SERVED: <u>COMPLAINT; DEMAND FOR JURY TRIAL; SUMMONS</u>

I, Sheriff/Police Officer of the State of Hawai'i do hereby certify that I received a certified copy of the documents listed above and that I served the same on  MICHAEL FATTOROSI

on __14 Dec 20__ at __1:55 P__ at _(name of party)_ _____

_(date)_  _(time)_

3117 Catherine Street,  Honolulu  _____  within the State of Hawai'i as follows:

_(address)_

✓ PERSONAL:  By delivering to and leaving with  _MICHAEL FATTOROSI_ , personally.

☐ SUBSTITUTE:  [HRCP 4(d) (1) (A)] After due and diligent search and inquiry, I served above-named defendant through _____, a person of suitable age and discretion then residing at said party's usual place of abode, since the defendant could not be found.

☐ SUBSTITUTE:  [HRCP 4(d) (1) (B)] I served above-named defendant through _____, authorized agent to receive service of process for said defendant.

☐ BUSINESS/CORPORATION/GOVERNMENTAL ENTITY: On _____

_(name of business/corp/entity)_

_____by serving through _____ ,

_(name of person served)_

_____ , who is the _____ and authorized agent

_(postition/title)_

of said Business/Corporation/Governmental Entity.

☐ GARNISHMENT:  I served _____ through_____

_(name of garnishee)_

_____ who is authorized to accept service for the above-named garnishee.

_(name of person served)_

☐ NOT FOUND:  After due and diligent search and inquiry, I am unable to find _____ .

_(name of party)_

| STATE OF HAWAI'I<br>CIRCUIT COURT OF THE<br>FIRST ☑ CIRCUIT | RETURN AND ACKNOWLEDGMENT OF SERVICE<br>(Page 2) |
|---|---|

**CASE NUMBER**

**1 CCV-20-0001658**

**CASE NAME**

**DINO KAIPO GRANITO, individually & for and on behalf of his minor daughter, JORDAN K. GRANITO, Plaintiff vs MICHAEL FATTOROSI, ALLSTATE INSURANCE COMPANY, JOHN DOES 1-10;JANE DOES 1-10;DOE CORPORATIONS 1-10 & DOE UNINCORPORATED ASSOCIATIONS 1-10, Defendants.**

Attorney (Name, I.D. No., Address, Phone)
R. Steven Geshell, #3349
345 Queen Street, # 709
Honolulu, HI 96813      Ph: 396-7701

Date: 14 Dec 20

~~Sheriff/Police Officer~~ (type or print)
PROCESS SERVER
CHARLIE LATHAM

Signature / Charlie Latham

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE:

IN _____ , HAWAI'I

NOTARY PUBLIC'S SIGNATURE:

STATE OF HAWAI'I

MY COMMISSION EXPIRES:

### ACKNOWLEDGMENT OF SERVICE

(signature of person served)          (date)          (time)

MICHAEL FATTOROSI          14 Dec 20          1:55p